Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 880
Los Angeles, CA 91436
T: (818) 200-1497; F: (818) 574-6022
Attorneys for Plaintiff,
SHARON KIRKLAND

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SHARON KIRKLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>　　　　　Defendant. | **Case No.: 5:15-cv-2445**<br><br>**COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

SHARON KIRKLAND (Plaintiff), by her attorneys, WESTGATE LAW, alleges the following against ARS NATIONAL SERVICES, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state law claims contained herein.

COMPLAINT
- 1 -

4. Defendant conducts business in the state of California; therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

6. Plaintiff is a natural person residing in Upland, San Bernardino County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with offices in Escondido, California.

**FACTUAL ALLEGATIONS**

10. Defendant is attempting to collect a debt allegedly owed by Plaintiff to Citibank.

11. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

12. In its attempts to collect an alleged debt from Plaintiff, on November 11, 2015 Defendant sent a collection letter to an address belonging to Plaintiff's ex-husband located in Rancho Cucamonga, California. *See* Collection Letter attached hereto as Exhibit "A."

13. Plaintiff has never resided at the address in Rancho Cucamonga.

14. Plaintiff never provided Defendant nor Citibank with the Rancho Cucamonga address, nor did Plaintiff ever request that Defendant direct correspondence to the address in Rancho Cucamonga.

15. Plaintiff's ex-husband opened and viewed the collection letter that was sent to his address.

16. As a result of Defendant's letter that was sent to Plaintiff's ex-husband's address, Plaintiff's alleged debt was disclosed to Plaintiff's ex-husband.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(b) of the FDCPA by communicating with Plaintiff's ex-husband in an attempt to collect a debt from Plaintiff.

WHEREFORE, Plaintiff, SHARON KIRKLAND, respectfully requests judgment be entered against Defendant, ARS NATIONAL SERVICES, INC., for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

    a. Defendant violated §1788.12(b) of the RFDCPA by communicating information regarding a consumer debt to Plaintiff's ex-husband prior to obtaining a judgment against the Plaintiff;

    b. Defendant violated §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692.

WHEREFORE, Plaintiff, SHARON KIRKLAND, respectfully requests judgment be entered against Defendant, ARS NATIONAL SERVICES, INC., for the following:

23. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

25. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  November 30, 2015				WESTGATE LAW


							By: /s/ Matthew A. Rosenthal
								Matthew A. Rosenthal
								Attorney for Plaintiff