Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 880
Los Angeles, CA 91436
T: (818) 200-1497; F: (818) 574-6022
Attorneys for Plaintiff,
SHARON KIRKLAND

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SHARON KIRKLAND, | Case No.: 5:15-cv-2445 |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |
| v. | |
| ARS NATIONAL SERVICES, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Sharon Kirkland, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant ARS National Services, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: December 22, 2015         WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

IT IS SO ORDERED.
DATED: 12/23/15
/s/ Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT
- 1 -